IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marie Yolaine Dodain<br>       Debtor | CHAPTER 13 |
| Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2006-9 Mortgage Pass-Through Certificates, Series 2006-9<br>       Movant<br>vs. | NO. 16-10713 MDC |
| Marie Yolaine Dodain<br>       Debtor | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>       Trustee | |

## ORDER

AND NOW, this 21st day of July, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 112 Woodbine Avenue, Feasterville Trevose, PA 19053 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property~~.

                       _Magdeline D. Coleman_
                            Bankruptcy Judge.

Marie Yolaine Dodain
112 Woodbine Avenue
Feasterville, PA 19053

James P. McGarrity
Suite 405
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532