# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 16-10713-MDC

MARIE YOLAINE DODAIN

112 WOODBINE AVENUE

FEASTERVILLE, PA 19053-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARIE YOLAINE DODAIN

    112 WOODBINE AVENUE

    FEASTERVILLE, PA 19053-

Counsel for debtor(s), by electronic notice only.

    JAMES P. MCGARRITY Esq.
    1500  JFK BLVD
    SUITE 405
    PHILADELPHIA, PA 19102-

Date: 8/25/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee