United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-10713-mdc
Marie Yolaine Dodain                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP          Page 1 of 2          Date Rcvd: Oct 19, 2016
                              Form ID: pdf900      Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
db          +Marie Yolaine Dodain,   112 Woodbine Avenue,   Feasterville, PA 19053-4448
13744459     BANK OF AMERICA, N.A.,   PO BOX 31785,   TAMPA, FL, 33631-3785
13669377     Bank of America,   PO Box 31785,   Feasterville, PA 19053
13728782    +Lower Southampton Township,   Attn: Denise Eiseman,   1500 Desire Avenue,
              Feasterville, PA 19053-4496
13669378    +Lower Southampton Township,   c/o Michael Joseph Savona, Esq.,   60 East Court Street,
              P.O. Box 1389,   Doylestown, PA 18901-0137
13669379    +Nationstar Mortgage,   PO Box 60516,   City of Industry, CA 91716-0516
13730414    +Wells Fargo Bank, National Association, as Trustee,   Nationstar Mortgage LLC,
              P.O. Box 619096,   Dallas, TX 75261-9096
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:11     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2016 02:00:42
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2016 02:01:09     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:11     City of Philadelphia,
              Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
              5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
13678633     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 20 2016 01:56:48
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
13767139    +E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:11     CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,   BANKRUPTCY GROUP - MSB,
              1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1617
13670266     E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2016 01:56:14
              LVNV Funding, LLC its successors and assigns as,   assignee of FNBM, LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13744367    +E-mail/Text: n.miller@santander.us Oct 20 2016 02:01:37     SANTANDER BANK, N.A.,
              ATTN: BANRUPTCY DEPT,   MC: 10-6438-FB4,   601 PENN STREET,   READING,PA 19601-3544
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Wells Fargo Bank, Et Al... agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              JAMES P. MCGARRITY    on behalf of Debtor Marie Yolaine Dodain mcgarritylaw@gmail.com,
               mcgarritybk@yahoo.com;jamespmcg@ecf.inforuptcy.com;jamespmcg@yahoo.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, Et Al... bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com

```
District/off: 0313-2           User: PaulP                  Page 2 of 2                   Date Rcvd: Oct 19, 2016
                               Form ID: pdf900              Total Noticed: 15


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Santander Bank, N.A. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

Case 16-10713-mdc    Doc 66    Filed 10/21/16    Entered 10/22/16 01:08:26    Desc Imaged
Certificate of Notice    Page 2 of 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Marie Yolaine Dodain | : | |
| Debtor | : | Bankruptcy No. 16-10713-mdc |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED** with prejudice. Debtor is prohibited from filing, individually or jointly, any subsequent bankruptcy case without further leave of Court pursuant to the Order of Court dated May 18, 2016

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor's Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor pursuant to 11 U.S.C. □1326(a)(2).

Dated: 10/18/16

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

63